## W. J. APPLEGATE, ET AL., v. THOMAS COOK.

**Process—Service of Process on Infants—Answer of Guardian Ad Litem.**
> The answer of a guardian ad litem for an infant defendant is not an appearance of said infant when no process was served on such infant.

**Jurisdiction to Pronounce Judgment.**
> Where infants own real estate, a proceeding to sell it and a judgment of sale are ineffectual where no process was served on such owners.

### APPEAL FROM KENTON CIRCUIT COURT.

#### February 12, 1876.

OPINION BY JUDGE PRYOR:

One of the infant defendants, W. J. Applegate, was not before the court, and had not been served with process; and no guardian ad litem was appointed for James Applegate; and the answer of the guardian ad litem for William J. Applegate was not an appearance, as this infant, although a party, had not been summoned.

The title to the land being in the infant defendants, the purchaser acquired no right to the interest of those before the court. The judgment is *reversed* and cause remanded with directions to set aside the sale and cancel the deed to the appellee, and for further proceedings consistent with the opinion.

*Stevenson & O'Hara, for appellants.    Thomas Cook, for appellee.*